LAWRENCE BREWSTER, Regional Solicitor
DANIELLE L. JABERG, Counsel for ERISA
California Bar No. 256653
jaberg.danielle@dol.gov
Office of the Solicitor, U.S. Department of Labor
90 Seventh St., Suite 3-700
San Francisco, CA 94103-1516
Phone (415) 625-7740
Fax (415) 625-7772

EVAN H. NORDBY, Trial Attorney
Washington Bar No. 35937
nordby.evan@dol.gov
Office of the Solicitor, U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, WA 98101
Phone (206) 553-0940
Fax (206) 553-2768

Attorneys for Hilda L. Solis, Secretary
United States Department of Labor, Plaintiff

*E-FILED - 7/16/09*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS,[1] Secretary of the United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>MICHAEL D. WILLIAMS, an individual; POWER & DATA TECHNOLOGY, INC., a California corporation; and POWER & DATA TECHNOLOGY, INC., 401(K) PROFIT SHARING PLAN, an employee pension benefit plan,<br><br>Defendants. | Case No.: C08-05643 RMW<br><br>() SECOND ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

---

[1] Hilda L. Solis was confirmed as Secretary of Labor on February 24, 2009, and is substituted as Plaintiff in this action. See Fed. R. Civ. P. 25(d)

No. C08-05643 RMW – () Second Order Resetting Initial Case Management
Conference and Related Deadlines

-1-

1  Plaintiff Hilda L. Solis, the Secretary of Labor, United States Department of Labor, having filed her Second Ex Parte Application to Reset Initial Case Management Deadlines and Conference pursuant to Rules 6(b) and 7(b) of the Federal Rules of Civil Procedure and Civil Local Rule 16-2(d); and good cause appearing therefore; it is hereby

**ORDERED** that the following Case Schedule is established in this action:

November 17, 2009 – deadline for parties to confer and file certain ADR-related documents, as detailed in the December 18, 2009 Order Setting Initial Case Management Conference and ADR Deadlines;

December 4, 2009 – deadline for parties to file a Rule 26(f) Report and Case Management Statement and address Rule 26(f) disclosures, as detailed in the December 18, 2008 Order Setting Initial Case Management Conference and ADR Deadlines;

December 18, 2009, 10:30 a.m. – parties to appear at an Initial Case Management Conference.

Dated this  16  day of   July         , 2009

*Ronald M. Whyte*
_____
UNITED STATES DISTRICT JUDGE

Presented by:
UNITED STATES DEPARTMENT OF LABOR

Carol A. DeDeo
Deputy Solicitor for National Operations

Lawrence Brewster
Regional Solicitor

Danielle L. Jaberg
Counsel for ERISA

By: /S/ Evan H. Nordby_____
    Evan H. Nordby
    Trial Attorney

Dated: 6/26/09_____

No. C08-05643 RMW – () Second Order Resetting Initial Case Management
Conference and Related Deadlines