LAWRENCE BREWSTER, Regional Solicitor
DANIELLE L. JABERG, Counsel for ERISA
California Bar No. 256653
jaberg.danielle@dol.gov
Office of the Solicitor, U.S. Department of Labor
90 Seventh St., Suite 3-700
San Francisco, CA 94103-1516
Phone (415) 625-7740
Fax (415) 625-7772

EVAN H. NORDBY, Trial Attorney
Washington Bar No. 35937
nordby.evan@dol.gov
Office of the Solicitor, U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, WA 98101
Phone (206) 553-0940
Fax (206) 553-2768

Attorneys for Hilda L. Solis, Secretary
United States Department of Labor, Plaintiff

E-Filed 11/16/09

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS,[1] Secretary of the United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>MICHAEL D. WILLIAMS, an individual; POWER & DATA TECHNOLOGY, INC., a California corporation; and POWER & DATA TECHNOLOGY, INC., 401(K) PROFIT SHARING PLAN, an employee pension benefit plan,<br><br>Defendants. | Case No.: C08-05643 RMW<br><br>~~XXXXXXX~~ ~~PROPOSED~~ ORDER GRANTING MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO VACATE DEFAULT JUDGMENT AND ENTER ANSWER |

---

[1] Hilda L. Solis was confirmed as Secretary of Labor on February 24, 2009, and is substituted as Plaintiff in this action. See Fed. R. Civ. P. 25(d)

1. On October 29, 2009, Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor (the "Secretary"), filed a Motion To Continue Hearing On Defendants' Motion To Vacate Default Judgment And Enter Answer, pursuant to Civil Local Rules 6 and 7.

2. After review of the moving papers, the Court finds that the Secretary has demonstrated good cause sufficient to warrant the requested continuance.

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendants' Motion To Vacate Default Judgment And Enter Answer is continued to December 4, 2009, at 9:00 a.m.

Dated: 11/12/09

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

Presented by:
UNITED STATES DEPARTMENT OF LABOR

Deborah Greenfield
Acting Deputy Solicitor

Lawrence Brewster
Regional Solicitor

Danielle L. Jaberg
Counsel for ERISA

By: /s/ Evan H. Nordby
 Evan H. Nordby
 Trial Attorney

Dated: October 29, 2009

No. C08-05643 RMW ~~Proposed~~ Order Granting Motion to Continue Hearing on Defendants' Motion To Vacate Default Judgment And Enter Answer
-2-